```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                         CASE NO. 07 B 16374
   VONETTA DUNMORE
                                               CHAPTER 13

                                               JUDGE: JACQUELINE P COX

        Debtor
   SSN XXX-XX-2344


------------------------------------------------------------------------
              TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     The case was filed on 09/07/2007 and was confirmed 10/29/2007.

     The plan was confirmed to pay secured creditors 100% and unsecured
creditors 100.00%.

     The case was dismissed after confirmation 07/14/2008.
------------------------------------------------------------------------
 CREDITOR NAME               CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                              PAID          PAID
------------------------------------------------------------------------
 ABSOLUTE MOTORS         SECURED VEHIC            .00           .00           .00
 DEUTSCHE BANK NATIONAL  CURRENT MORTG            .00           .00           .00
 DEUTSCHE BANK NATIONAL  MORTGAGE ARRE      28500.00            .00           .00
 BUCHALTER NEMER FIELDS Y NOTICE ONLY     NOT FILED             .00           .00
 DEUTSCHE BANK NATIONAL T NOTICE ONLY     NOT FILED             .00           .00
 JAMES GUSTAFSON & THOMPS NOTICE ONLY     NOT FILED             .00           .00
 IRA T NEVEL             NOTICE ONLY      NOT FILED             .00           .00
 VATIV RECOVERY SOLUTIONS UNSECURED           402.38            .00           .00
 BUREAU OF COLLECTION REC NOTICE ONLY     NOT FILED             .00           .00
 GC SERVICES DATA CONTROL NOTICE ONLY     NOT FILED             .00           .00
 VATIV RECOVERY SOLUTIONS NOTICE ONLY     NOT FILED             .00           .00
 VATIV RECOVERY SOLUTIONS UNSECURED           713.23            .00           .00
 HENRY DUNMORE           NOTICE ONLY      NOT FILED             .00           .00
 NICOR GAS               UNSECURED            773.21            .00           .00
 GLEASON & GLEASON LLC   DEBTOR ATTY        3,500.00                      2,644.80
 TOM VAUGHN              TRUSTEE                                            205.20
 DEBTOR REFUND           REFUND                                               .00

     Summary of Receipts and Disbursements:
------------------------------------------------------------------------
                         RECEIPTS              DISBURSEMENTS
------------------------------------------------------------------------
 TRUSTEE                         2,850.00

 PRIORITY                                                    .00
 SECURED                                                     .00
 UNSECURED                                                   .00
 ADMINISTRATIVE                                         2,644.80
 TRUSTEE COMPENSATION                                     205.20
 DEBTOR REFUND                                               .00
                            --------------        --------------
 TOTALS                          2,850.00               2,850.00
```

                 PAGE  1 - CONTINUED ON NEXT PAGE
          CASE NO. 07 B 16374 VONETTA DUNMORE

    Based on the above information, the Trustee requests the court enter an order discharging the Trustee, releasing the Trustee's surety from any further liability related to the above proceedings.

|  |  |
|---|---|
| Dated: 10/23/08 | /s/ Tom Vaughn <br> _____ <br> TOM VAUGHN <br> CHAPTER 13 TRUSTEE |